# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VINEETA PRASAD | § | Case No. 09-24416 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/28/2015 in Courtroom 613,
                    U.S. Bankrptcy Court
                    219 S. Dearborn Street
                    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/29/2014          By: /s/ Gregg Szilagyi
                                             Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
VINEETA PRASAD  §  Case No. 09-24416
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 1,356.26 |
| leaving a balance on hand of[1] | $ | 18,643.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GREGG SZILAGYI | $ 2,630.00 | $ 0.00 | $ 2,630.00 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE | $ 11,013.74 | $ 0.00 | $ 11,013.74 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,903.74 |
| Remaining Balance | | $ | 4,740.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,330.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 16,768.34 | $ 0.00 | $ 720.40 |
| 2 | N. A. Fia Card Services | $ 18,638.15 | $ 0.00 | $ 800.73 |
| 3 | N. A. Fia Card Services | $ 12,285.76 | $ 0.00 | $ 527.82 |
| 4 | Chase Bank Usa Na | $ 10,194.67 | $ 0.00 | $ 437.98 |
| 5 | Chase Bank Usa Na | $ 15,187.69 | $ 0.00 | $ 652.49 |
| 6 | Chase Bank Usa Na | $ 5,970.76 | $ 0.00 | $ 256.51 |
| 7 | Chase Bank Usa Na | $ 4,673.26 | $ 0.00 | $ 200.77 |
| 8 | Chase Bank Usa Na | $ 10,132.85 | $ 0.00 | $ 435.32 |
| 9 | Chase Bank Usa Na | $ 8,479.29 | $ 0.00 | $ 364.28 |
| 10 | Law Office Of Christopher Cooper, Inc. | $ 8,000.00 | $ 0.00 | $ 343.70 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,740.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                                    Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 09-24416-TAB
Vineeta Prasad                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Dec 31, 2014
                              Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2015.
db           +Vineeta Prasad,    32650 Nantasket Drive,    #94,   Rancho Palos Verdes, CA 90275-5852
17507097     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                Wilmington, DE 19886-5102)
14129469     +Bac / Fleet Bankcard,    Po Box 26012,    Greensboro, NC 27420-6012
14129470     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
14129473     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
17121922     +CU,   630 North State Parkway Condo,    Chicago IL 60654-7574
14129471     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
14129472     +Chase,   Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
17565123      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
17523385     +Christopher C. Cooper, JD, ESQ, PhD,    Law Office of Christopher Cooper, INC.,
               1140 N. LaSalle Street,    Chicago, IL 60610-2675,    TEL: 312 371 6752  Fax: 866 334 7458,
               cooperlaw3234@gmail.com
14129475     +Fia Csna,   Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
14129476     +Guy and Donna Calleja,    c/o Saieva, Rousselle & Stine, P.A.,    601 W. Swann Ave, Suite B,
               Tampa, FL 33606-2757
14129477     +Harris N.a.,   Po Box 94034,    Palatine, IL 60094-4034
14129478      Harris NA,   PO Box 94033,    Palatine, IL 60094-4033
14129479     +John E. McMillan P.A.,    Attorney At Law,    5309 East Busch Blvd.,    Tampa, FL 33617-5415
14129480      Liberty Mutaul Insurance 'HD',    c/o Thomas George Associates, LTD,    PO Box 30,
               East Northport, NY 11731-0030
14129481      Limberty Mutual Fire Insurance Co.,    5050 W> Tilghman St.,    Suite 200,
               Allentown, PA 18104-9154
17121923     #+Mandel Lipton Roseborough & Lifshitz Ltd,    120 N Lasalle St Ste 1450,    Chicago IL 60602-3498
14129483     +Suntrust Bk Tampa Bay,    Po Box 22021,    Greensboro, NC 27420-2021
17761101     +Vineeta Prasad,    630 N. State St.,    #2710,   Chicago, IL 60654-5583
14129484     +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14129485     +Wells Fargo Home Mtg,    Attention: Bankruptcy Department  MAC-X,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17473116      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:38     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14129474     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 01 2015 01:01:38     Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14129482     +E-mail/Text: SBONNEMA@ROGENT.COM Jan 01 2015 00:59:42     Rogers & Hol,    Po Box 879,
               Matteson, IL 60443-0879
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17661853     ##+LAW OFFICE OF CHRISTOPHER COOPER, INC.,    500 N. MICHIGAN AVE. SUITE 1514,
               CHICAGO IL 60611-3758
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: mflowers              Page 2 of 2         Date Rcvd: Dec 31, 2014
                              Form ID: pdf006             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2014 at the address(es) listed below:

```
          Andrew   Finko    on behalf of Debtor Vineeta  Prasad green.attorney@yahoo.com
          David J Frankel    on behalf of Creditor    Sun Trust Bank dfrankel@sormanfrankel.com,
           ckauffman@sormanfrankel.com
          Ernesto D Borges    on behalf of Debtor Vineeta  Prasad notice@billbusters.com,
           billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
          Gregg  Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Joseph A Baldi    on behalf of Trustee Gregg  Szilagyi jabaldi@baldiberg.com,
           jmanola@baldiberg.com
          Michael  Bane    on behalf of Debtor Vineeta  Prasad michael@lifetimedebtsolutions.com
          Michael J  Kalkowski    on behalf of Creditor    WELLS FARGO BANK
           mkalkowski@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
          Nathan E Delman    on behalf of Debtor Vineeta  Prasad rjscourtdocs@gmail.com,
           ndelman@robertjsemrad.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```