UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VINEETA PRASAD | § | Case No. 09-24416 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/GREGG SZILAGYI_____
                                                                    Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VINEETA PRASAD |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Bk Tampa Bay Po Box 22021 Greensboro, NC 27420 |  |  |  |  |  |
|  | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | | | | |
| | Wells Fargo Home Mtg Attention: Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | | | | | |
| Associated Bank | | | | | |
| Clerk of the U. S. Bankruptcy Court | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fia Csna Po Box 26012 Nc4-105-02-77 Greensboro, NC 27410 | | | | | |
| | Guy and Donna Calleja c/o Saieva, Rousselle & Stine, P.A. 601 W. Swann Ave, Suite B Tampa, FL 33606-2722 | | | | | |
| | Harris N.a. Po Box 94034 Palatine, IL 60094 | | | | | |
| | Harris NA PO Box 94033 Palatine, IL 60094-4033 | | | | | |
| | John E. McMillan P.A. Attorney At Law 5309 East Busch Blvd. Tampa, FL 33617 | | | | | |
| | Liberty Mutaul Insurance "HD" c/o Thomas George Associates, LTD PO Box 30 East Northport, NY 11731-0030 | | | | | |
| | Limberty Mutual Fire Insurance Co. 5050 W> Tilghman St. Suite 200 Allentown, PA 18104-9154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rogers & Hol Po Box 879 Matteson, IL 60443 | | | | | |
| 4 | Chase Bank Usa Na | | | | | |
| 5 | Chase Bank Usa Na | | | | | |
| 6 | Chase Bank Usa Na | | | | | |
| 7 | Chase Bank Usa Na | | | | | |
| 8 | Chase Bank Usa Na | | | | | |
| 9 | Chase Bank Usa Na | | | | | |
| 1 | Discover Bank | | | | | |
| 10 | Law Office Of Christopher Cooper, Inc. | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 09-24416 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | VINEETA PRASAD | | | | Date Filed (f) or Converted (c): | 07/03/2009 (f) |
| | | | | | 341(a) Meeting Date: | 08/14/2009 |
| For Period Ending: | 05/05/2015 | | | | Claims Bar Date: | 09/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account with TCF Bank | 200.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods and Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing and wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 4. 401k plan through Oppenheimer funds. | 3,250.00 | 0.00 | | 0.00 | FA |
| 5. Vineeta Prasad v. Axiom Corporation filed 9/22/2010 (u) | 80,000.00 | 65,000.00 | | 20,000.00 | FA |
| 6. 2001 Mercedes Benz CLK 320 with 95,000 miles | 5,300.00 | 100.00 | | 0.00 | FA |
| 7. REAL ESTATE 630 N STATE ST #2710, CHGO IL | 550,000.00 | Unknown | | 0.00 | FA |
| 8. REAL ESTATE - 10523 BERMUDA AVE, TAMPA FL | 415,000.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $1,055,350.00        $65,100.00                $20,000.00        $0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:



Initial Projected Date of Final Report (TFR): 06/30/2013        Current Projected Date of Final Report (TFR): 09/01/2014



UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24416 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | VINEETA PRASAD | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0922 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8332 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/14 | 5 | ACXIOM CORPORATION | SETTLEMENT OF EMPLOYMENT CASE | 1229-000 | $20,000.00 | | $20,000.00 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.76 | $19,961.24 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.68 | $19,931.56 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.68 | $19,902.88 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.59 | $19,873.29 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.55 | $19,843.74 |
| 10/02/14 | 101 | VINEETA PRASAD<br>32650 Nantasket Drive<br>Apt #94<br>Rancho Palos Verdes, CA 90275 | EXEMPTION PAYMENT | 8100-002 | | $1,200.00 | $18,643.74 |
| 01/28/15 | 102 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,630.00 | $16,013.74 |
| 01/28/15 | 103 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $15,753.74 |
| 01/28/15 | 104 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $11,013.74 | $4,740.00 |

Page Subtotals: $20,000.00 $15,260.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-24416 | Trustee Name: GREGG SZILAGYI |
| Case Name: VINEETA PRASAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0922 |
| | Checking |
| Taxpayer ID No: XX-XXX8332 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/15 | 105 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 4.30 % per court order. | 7100-000 | | $720.40 | $4,019.60 |
| 01/28/15 | 106 | N. A. Fia Card Services<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 4.30 % per court order. | 7100-000 | | $800.73 | $3,218.87 |
| 01/28/15 | 107 | N. A. Fia Card Services<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 3 representing a payment of 4.30 % per court order. | 7100-000 | | $527.82 | $2,691.05 |
| 01/28/15 | 108 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 4.30 % per court order. | 7100-000 | | $437.98 | $2,253.07 |
| 01/28/15 | 109 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 5 representing a payment of 4.30 % per court order. | 7100-000 | | $652.49 | $1,600.58 |
| 01/28/15 | 110 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 6 representing a payment of 4.30 % per court order. | 7100-000 | | $256.51 | $1,344.07 |
| 01/28/15 | 111 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 7 representing a payment of 4.30 % per court order. | 7100-000 | | $200.77 | $1,143.30 |
| 01/28/15 | 112 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 8 representing a payment of 4.30 % per court order. | 7100-000 | | $435.32 | $707.98 |
| 01/28/15 | 113 | Chase Bank Usa Na<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 9 representing a payment of 4.30 % per court order. | 7100-000 | | $364.28 | $343.70 |
| 01/28/15 | 114 | Law Office Of Christopher Cooper, Inc.<br>500 N. Michigan Ave. Suite 1514<br>Chicago Il 60611 | Final distribution to claim 10 representing a payment of 4.30 % per court order. | 7100-000 | | $343.70 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Page Subtotals: | $0.00 | $4,740.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $1,200.00 |
| Net | $20,000.00 | $18,800.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0922 - Checking | $20,000.00 | $18,800.00 | $0.00 |
|  | $20,000.00 | $18,800.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:     $0.00     $0.00